United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 10, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 03-40908
_____

ALBERTO MANUEL BREMER-GUTIERREZ,

Plaintiff - Appellant,

versus

3COM CORPORATION,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas, Laredo
USDC No. L-02-CV-11

_____

Before JOLLY, DUHÉ and STEWART, Circuit Judges.

PER CURIAM:[*]

We have reviewed the record, studied the briefs, and heard oral argument in this case. It is clear to us that the district court committed no error and we affirm its judgment for the reasons given in its able opinion.

AFFIRMED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.